# Third District Court of Appeal

## State of Florida

Opinion filed November 24, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0376
Lower Tribunal No. 10-19498
_____

**Flamingo on Ocean, Inc.,**
Appellant/Cross-Appellee,

vs.

**Michele Merlo,**
Appellee/Cross-Appellant.

An appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Coffey Burlington, P.L., and Jeffrey B. Crockett; Jason B. Giller, P.A., and Jason B. Giller; Brian M. Torres, P.A., and Brian M. Torres, for appellant/cross-appellee.

Jorge L. Guerra, P.A., and Jorge L. Guerra; Weiss Serota Helfman Cole & Bierman, P.L., and Edward G. Guedes, for appellee/cross-appellant.

Before SCALES, HENDON, and MILLER, JJ.

PER CURIAM.

Affirmed.  See Trytek v. Gale Indus., Inc., 3 So. 3d 1194, 1203 (Fla. 2009).